**FAHY CHOI LLC**
Meadows Office Complex
301 Route 17 North, 9th Floor
Rutherford, NJ 07070
(201) 438-0200
Attorneys for Defendant
Jeffrey Ryu

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action |
| v. | : | No. 08-66 |
| | : | |
| JEFFREY RYU | : | ORDER |
| | : | |

**THIS MATTER** having been opened to the Court by Fahy Choi LLC, attorneys for defendant Jeffrey Ryu; and upon consent of the U.S. Attorney's Office and Pretrial Services, for an Order to amend the travel restrictions contained in the Order of Release; and for good cause shown:

IT IS, on this ____25____ day of September, 2008,

**ORDERED** that the defendant be allowed to travel for business purposes to Seattle, Washington leaving New Jersey on September 27, 2008 and returning to New Jersey on October 1, 2008, with all other conditions of pretrial release remaining in effect; and it is further,

**ORDERED** that a copy of this Order shall be served upon the U.S. Attorney's Office and Pretrial Services within ___1___ days.

_____

Consent to form and substance
this 23 day of September, 2008.

_____
Brad Harsch, AUSA
District of New Jersey