# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

U.S.A.                                                Cr. 08-66 (PGS)

    v.                                                O R D E R

JEFFREY RYU
Defendant

    It is on this 13th day of February 2009,

    Whereas Mr. Ryu as a condition of release ~~was~~ is subject to Electronic Monitoring, and for reason placed on the record, for this condition.

    Ordered that the defendant parents and brother come to court to co-sign a $350,000.00 bond.

                                        _____
                                        Peter G. Sheridan, U.S,D.J.