# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

U.S.A.  
    Plaintiff,  

CR.08-66 (PGS)

v.  

ORDER

JEFFREY RYU  
    Defendant.

It is on this 19th day of February, 2009

It is ordered, that as additional special condition, defendant Jeffrey Ryu, cannot use his computer at home.

_____
PETER G. SHERIDAN, U.S.D.J.