

# FAHY CHOI LLC.
### Attorneys at Law

Meadows Office Complex
301 Route 17 North, 9th Floor
Rutherford, New Jersey 07070

Telephone (201) 438-0200
Facsimile (201) 623-5888
www.FahyChoi.com

New York Office:

808 Fifth Avenue, Suite 806
New York, NY 10016
Telephone (646) 957-6634
Facsimile (646) 417-7799

Reply to:
[X] Rutherford, NJ
[ ] New York, NY

June 2, 2009

**Via fax 609-989-0515 and regular mail**

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court - District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   USA v. Jeffrey Ryu
      Docket No. CR. 08-66 (PGS)

Dear Judge Sheridan:

    This office represents defendant Jeffrey Ryu who was sentenced on May 27, 2009 with a surrender date of August 2, 2009. At the present time, Mr. Ryu was approved to reside with Paul Kim, 1085 Liberty Place, Unit 1, Palisades Park, New Jersey 07650. However, Mr. Kim's wife has developed a medical condition that requires Mr. Ryu to leave.
    The defendant is requesting a change of residence to David Choi, 1017 Fairview Lane, Fort Lee, New Jersey 07024.
    The defendant has received consent from his pretrial officer Kenneth Rowan and Assistant United States Attorney Brad Harsch.

Respectfully submitted,

EMAD G. ISKAROS

SO ORDERED: [signature]
DATED: 6/4/09

cc: AUSA Bradley Adams Harsch, via fax 973-645-2702 and regular mail
    Pretrial Officer Kenneth Rowan, via fax 973-645-6428 and regular mail